IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| v. | NO. 17-00284-6 |
| NING JIAN DU | |

## ORDER

**AND NOW**, this 9th day of July 2021, upon consideration of Ning Jian Du's Motion for Release (ECF 471) as well as the Government's Response (ECF 478) and associated exhibit (ECF 479), it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.